UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 04-CR-334 |
| | : | |
| v. | : | |
| | : | JUDGE JONES |
| JAMES MONROE LINDSAY, | : | |
| | : | |
| Defendant | : | ELECTRONICALLY FILED |

## ORDER

### BACKGROUND

On March 27, 2006, a sentence of 87 months was imposed on Defendant Lindsay. Counsel has brought to the attention of the court that during the sentencing hearing the court made inaccurate comments concerning Defendant Lindsay's criminal history and Defendant Lindsay's conduct while on supervised release. In light of the foregoing, the court deems it appropriate to vacate the imposed sentence and schedule Defendant Lindsay for resentencing.

NOW THEREFORE, it is hereby ORDERED:

1. The sentence imposed on March 27, 2006, is vacated.

2. Defendant Lindsay shall be resentenced on the 5th day of May, 2006, at 2:00 P.M. in Courtroom 2.

BY THE COURT

_____
Jones, J.